|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 |  |

| | |
|---|---|
| JULIA MEAUNRIT, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DR PEPPER SNAPPLE GROUP, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. C 10-05153 JSW<br><br>[PROPOSED] ORDER RE:  ADDITIONAL TIME TO RESPOND TO THE COMPLAINT |

# [PROPOSED] ORDER

Good cause being shown, the defendant shall be given up through January 20, 2011 to plead or otherwise respond to plaintiff's complaint.

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: December 23, 2010

_____
United States District Judge