IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA MEAUNRIT,<br><br>    Plaintiff,<br><br>  v.<br><br>DR PEPPER SNAPPLE GROUP, INC.,<br><br>    Defendant.<br>_____ / | No. C 10-05153 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

     This matter is set for a hearing on March 18, 2011 on Defendant Dr Pepper Snapple Group, Inc.'s motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than February 4, 2011 and a reply brief shall be filed by no later than February 11, 2011.

     If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

     **IT IS SO ORDERED.**

Dated: January 21, 2011

                                                                JEFFREY S. WHITE<br>
                                                                 UNITED STATES DISTRICT JUDGE