IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA MEAUNRIT,<br><br>    Plaintiff,<br><br>  v.<br><br>DR PEPPER SNAPPLE GROUP, INC.,<br><br>    Defendant.<br>_____/ | No. C 10-05153 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

This matter is set for a hearing on June 3, 2011 on Defendant Snapple Beverage Group, Inc.'s motion to dismiss the first amended complaint.[1] The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 27, 2011 and a reply brief shall be filed by no later than May 4, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 12, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] The Court accepts the late-filed motion to dismiss. To the extent there was misunderstanding about the requirements for filing, the Court relieves Defendants of any responsibility for that confusion.