Gerald E. Hawxhurst (Bar No. 220327)
  jerry@cronehawxhurst.com
Daryl M. Crone (Bar No. 209610)
  daryl@cronehawxhurst.com
Joshua P. Gelbart (Bar No. 274021)
  jgelbart@cronehawxhurst.com
CRONE HAWXHURST LLP
10880 Wilshire Blvd., Suite 1150
Los Angeles, California 90024
Telephone:     (310) 893-5150
Facsimile:     (310) 893-5195

Attorneys for Defendant
Snapple Beverage Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIA MEAUNRIT, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SNAPPLE BEVERAGE CORP., a Delaware corporation,<br><br>Defendant. | CASE NO. C 10-05153 JSW<br><br>**DEFENDANT'S ANSWER TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

{00042809.DOC - v2}

1    Defendant Snapple Beverage Corp. ("Defendant") hereby answers the First

2  Amended Complaint filed by Plaintiff Julia Meaunrit ("Plaintiff") as follows:

3  **RESPONSE TO ALLEGATIONS IN THE FIRST AMENDED COMPLAINT**

4    1.    In response to paragraph 1 of the First Amended Complaint, Defendant

5  states that the allegations therein state legal conclusions to which no response is required and, on

6  that basis, Defendant denies them.  However, at present, Defendant does not challenge that this

7  Court possesses subject matter jurisdiction over this dispute.

8    2.    In response to paragraph 2 of the First Amended Complaint, Defendant is

9  presently without sufficient knowledge or information to form a belief as to the truth of the

10  allegation that the matter in controversy exceeds in the aggregate the sum of $5,000,000, exclusive

11  of interests and costs, and on that basis denies the allegation.  In addition, Defendant states that the

12  allegations contained in paragraph 2 state legal conclusions to which no response is required.

13  Defendant otherwise denies each and every allegation contained in paragraph 2.

14    3.    In response to paragraph 3 of the First Amended Complaint, Defendant

15  admits that it is a citizen of the State of Delaware, but denies that it is a citizen of the State of New

16  York.  Defendant is presently without sufficient knowledge or information to form a belief as to

17  the truth of the allegation that Plaintiff is a citizen of California, and on that basis denies the

18  allegation.  The allegation that diversity of citizenship exists states a legal conclusion to which no

19  response is required.

20    4.    In response to paragraph 4 of the First Amended Complaint, Defendant

21  does not challenge that this Court possesses subject matter jurisdiction over this dispute.

22  However, Defendant otherwise denies each and every allegation contained in paragraph 4.

23    5.    In response to paragraph 5 of the First Amended Complaint, Defendant

24  admits that its products may be purchased by consumers in the Central District of California. The

25  allegation that venue is proper states a legal conclusion to which no response is required.

26  However, Defendant does not challenge that venue is proper in this district, and does not challenge

27  that it is subject to personal jurisdiction in this district.  Defendant otherwise denies each and

28  every allegation contained in paragraph 5.

6.      In response to paragraph 6 of the First Amended Complaint, Defendant states that it is presently without sufficient knowledge or information to form a belief as to the truth of the allegations therein and, on that basis, denies them.  In addition, Defendant specifically denies the allegations that:  "the labeling and advertising for the Product was and is false and/or misleading"; the "labeling and advertising for the Product… contain[ed] … misrepresentations"; and "[t]he labeling and advertising for the Product was designed to encourage consumers to purchase the Product."

7.      In response to paragraph 7 of the First Amended Complaint, Defendant admits that it is a Delaware corporation.  The allegation as to this Court's diversity jurisdiction states a legal conclusion to which no response is required.  Defendant otherwise denies each and every allegation contained in paragraph 7.

8.      In response to paragraph 8 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

9.      In response to paragraph 9 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

10.     In response to paragraph 10 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

11.     In response to paragraph 11 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

12.     In response to paragraph 12 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

13.     In response to paragraph 13 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

14.     In response to paragraph 14 of the First Amended Complaint, Defendant admits that the word "Immunity" appeared on the front label of the Product.  Defendant also admits that a Snapple website page relating to the Product stated:  "In our search for the perfect tea, we scoured the planet and found rooibos ("roy-boss"), a rare antioxidant rich tea** that only grows in the Western Cape region of South Africa….  We topped it off with real fruit juice and

Vitamin C to help support a healthy immune system*.  So go ahead, enjoy our delicious rooibos. And work on the pronunciation later."  Defendant further admits that such website page stated: "*It's rich in antioxidant vitamin C which helps support a healthy immune system."  Defendant further admits that such website page stated:  "**Contains about 36mg of polyphenols per 8 fl oz." Defendant otherwise denies each and every allegation contained in paragraph 14.

15.     In response to paragraph 15 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

16.     In response to paragraph 16 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

17.     In response to paragraph 17 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

18.     In response to paragraph 18 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

19.     In response to paragraph 19 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

20.     In response to paragraph 20 of the First Amended Complaint, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegation concerning Plaintiff's intent when she allegedly purchased the Product, and on that basis denies the allegation.  Defendant otherwise denies each and every allegation contained in paragraph 20.

21.     In response to paragraph 21 of the First Amended Complaint, Defendant states that the allegations contained therein are vague.  Otherwise, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 21, and on that basis denies them.

22.     In response to paragraph 22 of the First Amended Complaint, Defendant states that the allegations contained therein are vague.  Otherwise, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 22, and on that basis denies them.

23.     In response to paragraph 23 of the First Amended Complaint, Defendant states that the allegations contained therein are vague.  Otherwise, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 23, and on that basis denies them.

24.     In response to paragraph 24 of the First Amended Complaint, Defendant states that the allegations contained therein are vague.  Otherwise, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph 24, and on that basis denies them.

25.     In response to paragraph 25 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

26.     In response to paragraph 26 of the First Amended Complaint, Defendant admits that the word "Immunity" appeared on the front label of the Product.  Defendant also admits that a Snapple website page relating to the Product stated:  "In our search for the perfect tea, we scoured the planet and found rooibos ("roy-boss"), a rare antioxidant rich tea** that only grows in the Western Cape region of South Africa….  We topped it off with real fruit juice and Vitamin C to help support a healthy immune system*.  So go ahead, enjoy our delicious rooibos. And work on the pronunciation later."  Defendant further admits that such website page stated: "*It's rich in antioxidant vitamin C which helps support a healthy immune system."  Defendant further admits that such website page stated:  "**Contains about 36mg of polyphenols per 8 fl oz." Defendant otherwise denies each and every allegation contained in paragraph 26.

27.     In response to paragraph 27 of the First Amended Complaint, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegation concerning each consumer's intent when he or she purchased the Product, and on that basis denies the allegation.  Defendant otherwise denies each and every allegation contained in paragraph 27.

28.     In response to paragraph 28 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

{00042809.DOC - v2}

29.     In response to paragraph 29 of the First Amended Complaint, Defendant admits that it does not cite any clinical trial or study it has conducted or commissioned on the Product on the benefits of the Product.  Defendant otherwise denies each and every allegation contained in paragraph 29.

30.     In response to paragraph 30 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

31.     In response to paragraph 31 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

32.     In response to paragraph 32 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

33.     In response to paragraph 33 of the First Amended Complaint, Defendant states that it is presently without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, Defendant denies each and every allegation contained in paragraph 33.

34.     In response to paragraph 34 of the First Amended Complaint, Defendant admits that it sold "thousands of units of the Product."  Defendant otherwise denies each and every allegation contained in paragraph 34.

35.     In response to paragraph 35 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

36.     In response to paragraph 36 of the First Amended Complaint, Defendant is presently without sufficient knowledge or information to form a belief as to the truth of the allegation concerning Plaintiff's intent when she allegedly purchased the Product, and on that basis denies the allegation.  Defendant otherwise denies each and every allegation contained in paragraph 36.

37.     In response to paragraph 37 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

38.     In response to paragraph 38 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

39.     In response to paragraph 39 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

40.     In response to paragraph 40 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

41.     In response to paragraph 41 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

42.     In response to paragraph 42 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 42.

43.     In response to paragraph 43 of the First Amended Complaint, Defendant incorporates by this reference its responses to paragraphs 1 through 42 of the First Amended Complaint.

44.     In response to paragraph 44 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 44.

45.     In response to paragraph 45 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 45.

46.     In response to paragraph 46 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 46.

47.     In response to paragraph 47 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 47.

48.     In response to paragraph 48 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 48.

49.     In response to paragraph 49 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 49.

50.     In response to paragraph 50 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

51.     In response to paragraph 51 of the First Amended Complaint, Defendant states that it is presently without sufficient knowledge or information to form a belief as to the truth of the allegations therein, and on that basis, Defendant denies each and every allegation contained in paragraph 51.

52.     In response to paragraph 52 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 52.

53.     In response to paragraph 53 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 53.

54.     In response to paragraph 54 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 54.

55.     In response to paragraph 55 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 55.

56.     In response to paragraph 56 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 56.

57.     In response to paragraph 57 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 57.

58.     In response to paragraph 58 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 58.

59.     In response to paragraph 59 of the First Amended Complaint, Defendant incorporates by this reference its responses to paragraphs 1 through 58 of the First Amended Complaint.

60.     In response to paragraph 60 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 60.

61.     In response to paragraph 61 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 61.

62.     In response to paragraph 62 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 62.

63.     In response to paragraph 63 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 63.

64.     In response to paragraph 64 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 64.

65.     In response to paragraph 65 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 65.

66.     In response to paragraph 66 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 66.

67.     In response to paragraph 67 of the First Amended Complaint, Defendant

states that the allegations set forth therein state legal conclusions to which no response is required. Defendant is also presently without sufficient knowledge or information to form a belief as to the truth of the allegation that Plaintiff is a citizen of California who purchased and used the Product, and on that basis denies the allegation.  Defendant otherwise denies each and every allegation contained in paragraph 67.

68.     In response to paragraph 68 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 68.

69.     In response to paragraph 69 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 69.

70.     In response to paragraph 70 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 70.

71.     In response to paragraph 71 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 71.

72.     In response to paragraph 72 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 72.

73.     In response to paragraph 73 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 73.

74.     In response to paragraph 74 of the First Amended Complaint, Defendant incorporates by this reference its responses to paragraphs 1 through 73 of the First Amended Complaint.

75.     In response to paragraph 75 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 75.

76.     In response to paragraph 76 of the First Amended Complaint, Defendant denies each and every allegation contained therein.

77.     In response to paragraph 77 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 77.

78.     In response to paragraph 78 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 78.

79.     In response to paragraph 79 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 79.

80.     In response to paragraph 80 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 80.

81.     In response to paragraph 81 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 81.

82.     In response to paragraph 82 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 82.

83.     In response to paragraph 83 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 83.

84.     In response to paragraph 84 of the First Amended Complaint, Defendant incorporates by this reference its responses to paragraphs 1 through 83 of the First Amended Complaint.

85.     In response to paragraph 85 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 85.

86.     In response to paragraph 86 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 86.

87.     In response to paragraph 87 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 87.

88.     In response to paragraph 88 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 88.

89.     In response to paragraph 89 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 89.

90.     In response to paragraph 90 of the First Amended Complaint, Defendant states that to the extent that the First Amended Complaint fails to allege a date of the purported letter, it lacks specificity, and on that basis, Defendant denies the allegation.  Defendant further denies that the alleged letter satisfies the legal requirements of California's Consumers Legal Remedies Act.  Defendant further states that the allegations set forth therein state legal conclusions to which no response is required.  Defendant otherwise denies each and every allegation contained in paragraph 90.

91.     In response to paragraph 91 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 91.

92.     In response to paragraph 92 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 92.

93.     In response to paragraph 93 of the First Amended Complaint, Defendant incorporates by this reference its responses to paragraphs 1 through 92 of the First Amended Complaint.

94.     In response to paragraph 94 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 94.

95.     In response to paragraph 95 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 95.

96.     In response to paragraph 96 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 96.

97.     In response to paragraph 97 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 97.

98.     In response to paragraph 98 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 98.

99.     In response to paragraph 99 of the First Amended Complaint, Defendant states that the allegations set forth therein state legal conclusions to which no response is required. Defendant otherwise denies each and every allegation contained in paragraph 99.

///

///

///

///

- 12 -

**AFFIRMATIVE DEFENSES**

For its affirmative defenses, and without assuming any greater burden of proof than as required by law, Defendant alleges as follows:

FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

Each of the purported claims set forth in the First Amended Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

(Waiver, Estoppel and Unclean Hands)

Each of the purported claims set forth in the First Amended Complaint is barred by the doctrines of waiver, estoppel and/or unclean hands.

THIRD AFFIRMATIVE DEFENSE

(Failure to Mitigate)

With respect to each of the purported claims set forth in the First Amended Complaint, Plaintiff and each member of the putative class has failed to mitigate his or her alleged damages.

FOURTH AFFIRMATIVE DEFENSE

(Compliance with California Law)

This action is barred in whole or in part because Defendant has complied with and continues to comply with California law.  This action is further barred in whole or in part because the business practices described in the First Amended Complaint were not and are not unfair, unlawful, or fraudulent within the meaning of California Business and Professions Code § 17200 et seq.

FIFTH AFFIRMATIVE DEFENSE

(Ongoing Conduct)

This action is barred in whole or in part because Plaintiff does not sufficiently allege continuing misconduct by Defendant for purposes of relief under California Business and Professions Code §§ 17200 et seq.

SIXTH AFFIRMATIVE DEFENSE

(Good Faith, Privilege and Justification)

Any and all of the acts or omissions alleged to have been performed by Defendant, if performed at all, were done in good faith and/or were privileged or justified.

SEVENTH AFFIRMATIVE DEFENSE

(No actual harm or injury)

This action is barred in whole or in part because neither Plaintiff nor any other member of the putative class has suffered actual harm, injury in fact, or lost money or property as a result of a violation of California Business and Professions Code § 17200 et seq., or under any other cause of action in this case.

EIGHTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

The purported claims set forth in the First Amended Complaint are barred by the applicable statute of limitations.

NINTH AFFIRMATIVE DEFENSE

(Voluntary Payment)

The purported claims set forth in the First Amended Complaint are barred by in whole or part by the doctrine of voluntary payment.

TENTH AFFIRMATIVE DEFENSE

(Preemption and/or Primary Jurisdiction)

All or some of the purported claims set forth in the First Amended Complaint are barred by the doctrine of preemption and/or primary jurisdiction.

ELEVENTH AFFIRMATIVE DEFENSE

(No Class Action)

All or some of the purported claims set forth in the First Amended Complaint are not amenable to class action treatment.

<u>TWELFTH AFFIRMATIVE DEFENSE</u>

(Offset and/or Setoff)

To the extent Plaintiff is entitled to relief, Defendant is entitled to an offset or setoff of such relief for the value of the benefits that Plaintiff received from Defendant.

<u>RESERVATION OF RIGHTS</u>

In addition, Defendant has not completed its investigation and discovery regarding the First Amended Complaint and the claims asserted by Plaintiff therein.  Accordingly, Defendant reserves the right to assert such additional affirmative defenses as necessary based on such ongoing investigation and discovery.

**<u>Prayer</u>**

WHEREFORE, Defendant prays for judgment as follows:

1.      That Plaintiff takes nothing from Defendant by reason of her First Amended Complaint;

2.      That the First Amended Complaint against Defendant be dismissed with prejudice;

3.      That Defendant be awarded its costs and attorney's fees incurred to defend this suit; and

4.      That Defendant be awarded any other and further relief as the Court may deem just and proper.


DATED:  May 10, 2011                    CRONE HAWXHURST LLP


                                        By    /s/ Daryl M. Crone
                                           Gerald E. Hawxhurst
                                           Daryl M. Crone
                                           Attorneys for Defendant
                                           Snapple Beverage Corp.

1

## <u>DEMAND FOR JURY TRIAL</u>

2       Defendant Snapple Beverage Corp. hereby demands trial by jury pursuant to <u>Fed.</u>

3  <u>R. Civ. Proc.</u> § 38(b).

4

   DATED:  May 10, 2011                 CRONE HAWXHURST LLP

5

6

7                            By    /s/ Daryl M. Crone

8                                 Gerald E. Hawxhurst
                                  Daryl M. Crone
9                                 Attorneys for Defendant
                                  Snapple Beverage Corp.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00042809.DOC - v2}

- 16 -