Harold M. Hewell (Cal. SBN: 171210)
*hmhewell@hewell-lawfirm.com*
HEWELL LAW FIRM
105 West F Street, Second Floor
San Diego, California 92101
(619) 235-6854 · (888) 298-0177 (f)

Howard W. Rubinstein, Esq.
*howardr@pdq.net*
*rproaps@aol.com*
LAW OFFICES OF HOWARD W. RUBINSTEIN
1615 Forum Place, Suite 4C
West Palm Beach, FL 33401
(832) 715-2788 · (561) 688-0630 (f)
Richard A. Proaps, Esq (Cal. SBN: 78898)
Contact information for attorney Proaps follows
his signature at end of document

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIA MEAUNRIT,** as an individual, and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>*vs.*<br><br><br>**DR PEPPER SNAPPLE GROUP, INC.,** a Delaware corporation,<br><br>    *Defendant.* | Civil No. 3:10-cv-05153-JSW<br><br>Hon. Jeffrey S. White<br><br>**NOTICE OF DISMISSAL AND ORDER THEREON**<br><br>**CLASS ACTION**<br><br>**JURY TRIAL REQUESTED** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD;**

**PLEASE TAKE NOTICE THAT** Plaintiff Julia Meaunrit hereby voluntarily

dismisses, with prejudice, the above-captioned action in its entirety.

The Court has ordered (Doc 35) that Plaintiff must eithr file a statement that she

will appear at her duly scheduled deposition or file a dismissal of this action by

June 27, 2011. Plaintiff has elected to dismiss this action rather than appear at her

deposition.  Plaintiff  is filing this dismissal in compliance with the Order.

Respectfully Submitted,

Dated: June 25, 2011

By:  /s/  Richard A. Proaps
　　　Richard A. Proaps
*rproaps@aol.com*
Attorney at Law
8150 Greenback Lane, Bldg 200
Fair Oaks, CA 95628
(T) (916) 722-1665
(F) (916) 722-4881
Attorney for Plaintiff
Julia Meaunrit



Dated:  June 27, 2011