**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    JULIA MEAUNRIT,

10              Plaintiff,                          No. C 10-05153 JSW

11      v.

12   DR PEPPER SNAPPLE GROUP, INC.,              **JUDGMENT**

13              Defendant.

14   _____/

15

16          Pursuant to the Court's order dated June 27, 2011, dismissing the first amended

17   complaint with prejudice, it is HEREBY ORDERED AND ADJUDGED that judgment is

18   entered in favor of Defendant and against Plaintiff.

19          **IT IS SO ORDERED.**

20

21   Dated:  July 8, 2011

22                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28